FILED ___ ENTERED
LODGED ___ RECEIVED

MAY 20 1999  5/21/99

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>PETER A HEDSTROM,<br><br>        Defendant. | CASE NO. CR99-269R<br><br>DETENTION ORDER |

Offense charged: Possession with Intent to Distribute Marijuana - Title 21, USC, 841(a), 841 (b)(1)(D), and 18 USC 2.

Date of detention hearing: May 19, 1999.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can make will reasonably assure the appearance of defendant as required and the safety of any other person and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant is a citizen of Canada and has no ties to this community.

(2) Defendant is alleged to have, along with others, smuggled marijuana into the United States worth more than $300,000. He faces substantial penalties if convicted.

(3) Defendant is not able to post any money or property as a surety that he would appear for future court hearings.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney



DETENTION ORDER - 1

General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

(2) Defendant shall be afforded reasonable opportunity for private consultation with his counsel.

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 20th day of May 1999.

RICARDO S. MARTINEZ
United States Magistrate Judge

DETENTION ORDER - 2