FILED / LODGED — ENTERED / RECEIVED

AUG 20 1999

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Magistrate Judge Martinez

FILED / LODGED — ENTERED / RECEIVED

AUG - 6 1999

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> PETER A. HEDSTROM, <br> Defendant. | NO. CR99-269R <br><br> ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, and subject to this Court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11(e)(2), the plea of guilty of the defendant to Count 1 of the Indictment is hereby accepted, and the defendant is adjudged guilty of such offense. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED this 20th day of August, 1999.

_____
UNITED STATES DISTRICT JUDGE

RULE 11 PLEA
(HEDSTROM)

UNITED STATES ATTORNEY
Seafirst Fifth Avenue Plaza Building
800 Fifth Avenue, Suite 3600
Seattle, Washington 98104
(206) 553-7970