# STATEMENT OF REASONS

## 28 USC 994(w)

| PETER A. HEDSTROM | CR99-269R-001 | WD/WA |
|---|---|---|
| Defendant | Docket No. | District |

☒ The Court adopts the sentencing recommendation(s) in the presentence report and it essentially adopts the relevant factual findings insofar as necessary to support these recommendations.

☐ The Court adopts the sentencing recommendation(s) in the presentence report and it essentially adopts the relevant factual findings insofar as necessary to support these recommendations except (see attachment, if necessary):

<u>Guideline Range Determined by the Court</u>:                                  DOS: 12/09/99

| | |
|---|---|
| Total Offense Level: | 17 |
| Criminal History Category: | I |
| Imprisonment Range: | 24 to 30 months |
| Supervised Release Range: | 2 to 3 years |
| Fine Range: | $5,000 to $250,000 |
| Sentence Imposed: | 24 months; 3 years TSR |
| USPO: | Becky G. Miller |

FILED _____ ENTERED
LODGED _____ RECEIVED

JAN 04 2000

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

☒ Sentence imposed is within appropriate guideline range as determined by the court.

   ☒ Fine waived pursuant to Section 5E1.2.

☐ Because the width of the guideline range exceeds 24 months, the reason for selecting the particular point within the range is (see attachment, if necessary):

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

☐ The Court departs from the appropriate guideline range for the following reason(s) (see attachment, if necessary):

_____
Barbara J. Rothstein
United States District Judge

Jan. 4, 2000
Date

Orig to Clerk of Court
cc:   USSC
      Bureau of Prisons
      File